HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINA CASUALTY INSURANCE
COMPANY,

       Plaintiff,

    v.

OMEROS CORPORATION, et al.,

       Defendants.

CASE NO. C12-287RAJ

ORDER

The court has reviewed the parties' stipulation regarding the briefing schedule for Defendant's motion for summary judgment and Plaintiff's proposed cross-motion. Dkt. # 102. The court directs the clerk to RENOTE Defendant's motion for summary judgment (Dkt. # 97) for October 25. The parties may complete briefing on the motion and Plaintiff's cross-motion in accordance with the schedule stated in their stipulation.

Plaintiff's cross motion will bring to 10 the number of motions the parties have filed in the past three months, counting the parties' recent request for in camera review. The motions reflect fundamental disputes about the scope of this litigation. The court is concerned that the parties will continue to add motions to their 10-motion pileup, motions that may well be unnecessary or otherwise inadvisable in light of the court's ruling on those motions.

The court accordingly STAYS this action pending further order of the court. The only activity the court will permit during the stay is the completion of briefing on any

ORDER – 1

1    outstanding motions as well as the cross-motion mentioned above, along with the
2    completion of any discovery requests pending as of the date of this order.
3          DATED this 20th day of September, 2013.

4
5
6                                         _____
7                                         The Honorable Richard A. Jones
                                          United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   ORDER – 2