The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>OMEROS CORPORATION; GREGORY DEMOPULOS; and RICHARD J. KLEIN,<br><br>                    Defendants. | NO.  C12-287 RAJ<br><br>STIPULATED NOTICE OF SETTLEMENT |

Notice is hereby given that all claims against all parties in this action have been resolved. The existing case schedule may be stricken.  This notice is being filed with the consent of all parties.

Under the settlement, the parties require some time to complete the conditions of settlement before the case can be dismissed.  The parties anticipate that a Stipulation of Dismissal, with prejudice and without costs, shall be filed by the parties by October 31, 2013, and ask that the case not be dismissed until such time as the Stipulation is filed.

STIPULATED NOTICE OF SETTLEMENT - 1
No. C12-287 RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 3rd day of October, 2013.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Omeros Corporation and Gregory Demopulos

By   s/ *Michael Rosenberger*
Franklin D. Cordell, WSBA #26392
Michael Rosenberger, WSBA #17730
Mark Wilner, WSBA #31550
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone: (206) 467-6477
Facsimile:  (206) 467-6292
Email:     fcordell@gordontilden.com
           mrosenberger@gordontilden.com
           mwilner@gordontilden.com

**DECHERT LLP**
Attorneys for Defendants Omeros Corporation and Gregory Demopulos

By   s/ *Hope S. Freiwald*
Hope S. Freiwald*
Kenneth Holloway*
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215-994-2541
Facsimile:  215-994-2222
Email:     hope.freiwald@dechert.com
           kenneth.holloway@dechert.com
*Admitted Pro Hac Vice

STIPULATED NOTICE OF SETTLEMENT - 2
No. C12-287 RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By     s/ *Joseph D. Hampton*
    Joseph D. Hampton, WSBA #15297
    Toni Y. Anders, WSBA #31238
    Daniel Syhre, WSBA #34158
    One Convention Place, Suite 1400
    701 Pike Street
    Seattle, WA  98101-3927
    Telephone:   206-292-9988
    Facsimile:   206-343-7053
    Email:          jhampton@bpmlaw.com
                         tanders@bpmlaw.com
                         dsyhre@bpmlaw.com


**DAVIS WRIGHT TREMAINE LLP**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By     s/ *Everett Jack*
    Thomas A. Lemly, WSBA #5433
    Everett Jack, OSB #892684*
    1300 S.W. Fifth Avenue, Suite 2400
    Portland, OR  97201-5610
    Telephone:     503-778-5218
    Facsimile:      503-778-5299
    Email:             tomlemly@dwt.com
                            everettjack@dwt.com

    *Admitted *pro hac vice*

STIPULATED NOTICE OF SETTLEMENT - 3
No. C12-287 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**STEPTOE & JOHNSON, LLP**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By   s/ *Antonia B. Iannillo*
     Antonia B. Iannillo*
     Paul R. Hurst*
     1330 Connecticut Avenue N.W.
     Washington, DC  20036
     Telephone:   202-429-807
     Facsimile:   202-429-3902
     Email:   aianniello@steptoe.com
              phurst@steptoe.com

*Admitted *pro hac vice*

STIPULATED NOTICE OF SETTLEMENT - 4
No. C12-287 RAJ

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Toni Y Anders
tanders@bpmlaw.com

Joseph D. Hampton
jhampton@bpmlaw.com

Daniel L. Syhre
dsyhre@bpmlaw.com

Everett W. Jack
everettjack@dwt.com

Thomas A. Lemly
tomlemly@dwt.com

Minh Phung Ngo
minhngo@dwt.com

Hope S. Freiwald
hope.freiwald@dechert.com

Kenneth Holloway
kenneth.holloway@dechert.com

Antonia B. Ianniello
aianniello@steptoe.com

Paul R. Hurst
phurst@steptoe.com

    s/ *Michael Rosenberger*
Michael Rosenberger, WSBA #17730

STIPULATED NOTICE OF SETTLEMENT - 5
No. C12-287 RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292