The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | NO. C12-287 RAJ |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| OMEROS CORPORATION and GREGORY DEMOPULOS, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each of the Parties hereby agrees and stipulates that this action and all claims asserted in this matter, including all claims asserted in Plaintiff's complaint and all claims asserted in the Defendants' Answer and Counterclaims, are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this 25th day of October, 2013.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Omeros Corporation and Gregory Demopulos

By   s/ Franklin D. Cordell
    Franklin D. Cordell, WSBA #26392
    Michael Rosenberger, WSBA #17730
    Mark Wilner, WSBA #31550
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154
    Telephone: (206) 467-6477
    Facsimile:  (206) 467-6292
    Email:      fcordell@gordontilden.com
                mrosenberger@gordontilden.com
                mwilner@gordontilden.com

**DECHERT LLP**
Attorneys for Defendants Omeros Corporation and Gregory Demopulos

By   s/ Hope S. Freiwald
    Hope S. Freiwald*
    Kenneth Holloway*
    Cira Centre
    2929 Arch Street
    Philadelphia, PA 19104-2808
    Telephone: 215-994-2541
    Facsimile:  215-994-2222
    Email:      hope.freiwald@dechert.com
                kenneth.holloway@dechert.com
    *Admitted Pro Hac Vice

**BETTS, PATTERSON & MINES, P.S.**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By   s/ Joseph D. Hampton
   Joseph D. Hampton, WSBA #15297
   Toni Y. Anders, WSBA #31238
   Daniel Syhre, WSBA #34158
   One Convention Place, Suite 1400
   701 Pike Street
   Seattle, WA  98101-3927
   Telephone:   206-292-9988
   Facsimile:   206-343-7053
   Email:   jhampton@bpmlaw.com
       tanders@bpmlaw.com
       dsyhre@bpmlaw.com


**DAVIS WRIGHT TREMAINE LLP**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By   s/ Everett Jack
   Thomas A. Lemly, WSBA #5433
   Everett Jack, OSB #892684*
   1300 S.W. Fifth Avenue, Suite 2400
   Portland, OR  97201-5610
   Telephone:   503-778-5218
   Facsimile:   503-778-5299
   Email:   tomlemly@dwt.com
       everettjack@dwt.com

   *Admitted *pro hac vice*

**STEPTOE & JOHNSON, LLP**
Attorneys for Plaintiff Carolina Casualty Insurance Co.

By <u>  s/ Antonia B. Ianniello                    </u>
    Antonia B. Ianniello*
    Paul R. Hurst*
    1330 Connecticut Avenue N.W.
    Washington, DC  20036
    Telephone:   202-429-8087
    Facsimile:   202-429-3902
    Email:       aianniello@steptoe.com
                 phurst@steptoe.com

    *Admitted *pro hac vice*

STIPULATION OF DISMISSAL
WITH PREJUDICE           4
No. C12-287 RAJ

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused service of the foregoing on counsel of record for the parties via ECF notification.

        /s/ Paul R. Hurst
Paul R. Hurst